## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles Edward Hauth                    CHAPTER 13
       Debtor(s)

                                                 BKY. NO. 12-11738

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9376

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                jwarmbrodt@kmllawgroup.com
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 215-825-6306
                                              Fax: 215-825-6406
                                              Attorney for Movant/Applicant