Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charles Edward Hauth** | : | Case No. 12−11738−TPA |
| **aka Charlie Hauth, dba Twin Pine** | : | Chapter: 13 |
| **Construction** | : | |
| *Debtor(s)* | : | |
| | : | |
| The Bank Of New York Mellon FKA The Bank | : | Related to Claim No. 7 |
| Of New York As Successor et al. | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Charles Edward Hauth | : | |
| aka Charlie Hauth, dba Twin Pine Construction | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

　　　　**AND NOW**, this **10th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank Of New York Mellon FKA The Bank Of New York As Successor et al.* at Claim No. 7 in the above−captioned bankruptcy case,

　　　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

　　(1)　an *AMENDED CHAPTER 13 PLAN;*

　　(2)　a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

　　(3)　an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charles Edward Hauth
    Debtor

Case No. 12-11738-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: aala                    Page 1 of 1                    Date Rcvd: Jan 10, 2017
                            Form ID: 237                  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.
db             +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
       agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
      Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
       JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
       ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
       LMTryon@duanemorris.com
      Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
       As Successor et al. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
       As Successor et al. pawb@fedphe.com
      Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
       Successor et al. pawb@fedphe.com
      Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
       CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
       TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
       ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
      Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing LLC pawb@fedphe.com
      Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                    TOTAL: 18