**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/29/2017

IN RE:

CHARLES EDWARD HAUTH
5000 HAMOT STREET
MC KEAN, PA  16426
XXX-XX-1940         Debtor(s)

Case No.12-11738 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/29/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BANK OF NEW YORK MELLON**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br><br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*733.42/PL*1ST*DK4PMT-LMT*BGN 1/13*FLD AFT BAR*FR BOA-DOC 46*V | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9376 |
| **CCO MORTGAGE-DIV RBS CITIZENS BANK NA**<br>ATTN MORTGAGE PAYMENT PROCESSING*<br>10561 TELEGRAPH RD<br><br>GLEN ALLEN, VA 23059 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: UNS/OE*2ND | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2622 |
| **FIVE STAR BANK**<br>100 CHESTNUT ST 13TH FL<br><br>ROCHESTER, NY 14604 | Trustee Claim Number:3   INT %: 3.25%<br>Court Claim Number:1<br><br>CLAIM: 9,355.60<br>COMMENT: CL$GOV@3.25%MDF/PL*TEEpmt/CNF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7972 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 699.69<br>COMMENT: $CL-PL@0% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1940 |
| **MCKEAN BOROUGH (EIT)**<br>C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 51.00<br>COMMENT: $@0%/PL*2011*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1940 |
| **ADVANTA BANK CORPORATION**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,038.16<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9666 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA 17104-1444 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH*M&T | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0001 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN 55116-0478 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 7,644.20<br>COMMENT: 0003/SCH*FR AES-DOC 18*FR PHEAA-DOC 26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1940 |
| **AES/PHEAA****<br>POB 8147**<br><br>HARRISBURG, PA 17105 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0002 |
| **BANK OF AMERICA NA****<br>POB 26012<br>NC4-105-02-77<br><br>GREENSBORO, NC 27410 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9631 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **BANK OF AMERICA NA**<br>POB 26012<br>NC4-105-02-77<br>GREENSBORO, NC  27410 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1071 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **BANK OF AMERICA**<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9111 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3071 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8282 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5608 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1789 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2503 | CLAIM: 0.00<br>COMMENT: |
| **HSBC++**<br>ATTN EXCEPTIONS DEPT<br>1301 E TOWER RD<br>SCHAUMBURG, IL  60173 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2659 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH*DMCCB |
| **GE CAPITAL RETAIL BANK**<br>ATTN BANKRUPTCY DEPT<br>POB 960061<br>ORLANDO, FL  32896-0661 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR~INFO ONLY~NO$/SCH |
| **GREEN POINT CREDIT++**<br>10089 WILLOW CREEK<br>SAN DIEGO, CA  92131 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1053 | CLAIM: 0.00<br>COMMENT: NT ADR~INFO ONLY~NO$/SCH |

| Creditor | Trustee Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **KEYSTONE REWARDS**<br>25 E HIGH ST<br>WAYNESBURG, PA 15370 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0002 | CLAIM: 0.00<br>COMMENT: NT ADR~INFO ONLY~NO$/SCH |
| **AES/PHEAA\*\***<br>POB 8147\*\*<br>HARRISBURG, PA 17105 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0001 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH*M&T |
| **MORTGAGE SERVICE CENTER**<br>POB 8469<br>CANTON, OH 44711 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2544 | CLAIM: 0.00<br>COMMENT: NT ADR~INFO ONLY~NO$/SCH |
| **CHASE/JPMORGAN CHASE(\*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1061 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH*PROVIDIAN |
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3164 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **SLC STUDENT LOAN TRUST**<br>701 E 60TH ST N<br>SIOUX FALLS, SD 57104-0432 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4020 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **ARROWOOD INDEMNITY**<br>C/O SUNRISE CREDIT SVCS INC<br>260 AIRPORT PLAZA<br>FARMINGDALE, NY 11735 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 13385126 | CLAIM: 1,742.37<br>COMMENT: |
| **SUNRISE CREDIT SERVICES INC**<br>234 AIRPORT PLZ BLVD S<br>FARMINGDALE, NY 11735-3917 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1940 | CLAIM: 0.00<br>COMMENT: ARROWOOD INDEMNITY/TUITIONGARD |
| **UNIVERSAL CARD SVCS/CITIBANK**<br>C/O TSYS TOTAL DEBT MGT INC\*\*<br>POB 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5427 | CLAIM: 0.00<br>COMMENT: INFO ONLY~NO$/SCH |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4557 | CLAIM: 200.23<br>COMMENT: |

CLAIM RECORDS

| | | |
|---|---|---|
| **WELLS FARGO FINANCIAL** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660553 | Court Claim Number: | ACCOUNT NO.:  ...9001 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR~NO$/SCH | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3 | ACCOUNT NO.:  1940 |
| PO BOX 7317 | CLAIM:  74.26 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |
| | | |
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:7 | ACCOUNT NO.:  9376 |
| 1661 WORTHINGTON RD STE 100 | CLAIM:  2,248.18 | |
| WEST PALM BEACH, FL  33409-6493 | COMMENT:  $CL-PL@BOA*1ST*FLD AFT BAR*FR BOA*DOC 46*THRU 12/12 | |
| | | |
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:07 | ACCOUNT NO.:  9376 |
| 1661 WORTHINGTON RD STE 100 | CLAIM:  0.00 | |
| WEST PALM BEACH, FL  33409-6493 | COMMENT:  OBJ WITHDRAWN/OE*PMT INCRS/OBJ PNDG*W1*FLD AFT BAR*FR BOA*DOC 46 | |