**Form 222**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Charles Edward Hauth**
**aka Charlie Hauth, dba Twin Pine Construction**
  Debtor(s)

Bankruptcy Case No.: 12–11738–TPA

Chapter: 13
Docket No.: 122 – 121
Concil. Conf.: October 24, 2017 at 03:30 PM

### ORDER

  **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated August 31, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

  On or before **September 26, 2017,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

  On **October 24, 2017** at **03:30 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: September 5, 2017

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Charles Edward Hauth
      Debtor

Case No. 12-11738-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: vson     Page 1 of 1     Date Rcvd: Sep 05, 2017
                                  Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db         +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
         Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
          JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
          ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
          LMTryon@duanemorris.com
         Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
          As Successor et al. bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
          As Successor et al. pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
          Successor et al. pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
         Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
          CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
          TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing LLC pawb@fedphe.com
         Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas Song    on behalf of Creditor    The Bank of New York Mellon, et al...
          thomas.song@phelanhallinan.com
                                                                                                                                       TOTAL: 19