Case 12-11738-TPA    Doc 126    Filed 10/26/17    Entered 10/26/17 13:15:25    Desc Main
Document      Page 1 of 1

FILED
10/26/17 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Charles Edward Hauth
Case Number: 12-11738                         Chapter: 13
Date / Time / Room: October 24, 2017 at 3:30 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #121 - Amended Plan dated 8/31/17 (FC)

### Appearances:

Debtor: *Foster*
Trustee: Winnecour / (Bedford) / Katz / Pail
Creditor: 2 mos remain - debtor advised as to amount needed to complete plan -

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to *1-9-18* at *11:30*.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other: