**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 12-11738-TPA |
| | : | |
| **Charles Edward Hauth,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ ____ | : | DOCKET NO.: |
| **Charles Edward Hauth,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>November 7, 2017</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Advanta Bank
Welsh and McKean Roads
Po Box 9217
Old Bethpage, NY 11804-9017

Aes/M&T
1200 North 7th Street
Harrisburg, PA 17102-1419

Apothaker & Associates, P.C.
520 Fellowship Road, C306
Mt. Laurel, NJ 08054-3410

Bac/Fleet Card
Bank of America
100 North Tyron Street
Charolotte, NC 28255-0001

Jerome B. Blank
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

ECMC
PO BOX 75906
ST. PAUL, MN 55175

AES/PHEAA
PO BOX 8147
HARRISBURG, PA 17105-8147

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Aes/pheaa
Pob 2461
Harrisburg, PA 17105-2461

Arrowood Indemnity
3600 Arco Corporate Drive P O Box 1000
Charlotte, NC 28201-1000

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CCO MORTGAGE CORP
10561 TELEGRAPH RD
GLEN ALLEN VA 23059-4577

Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Dmccb/HSBC
Hsbc Card Services
Po Box 5246
Carol Stream, IL 60197-5246

Five Star Bank
2851 Clover Street, Bldg. A
Pittsford, NY 14534-1711

GE Capital Retail Bank
Attn: Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076-9106

AES/PHEAA
PO BOX 8183
HARRISBURG, PA 17105-8183

Aes / M & T
Pob 2461
Harrisburg, PA 17105-2461

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

BANK OF AMERICA, N.A.
2380 Performance Dr
Richardson, TX 75082-4333

Bank Of America
Attn: Bankruptcy/MC: NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citibank Usa
Citicorp Credit Services/Attn: Centraliz
100 Citibank Drive
San Antonio, TX 78245-3202

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Five Star Bank
55 North Main Street
Warsaw, NY 14569-1325

Norman E. Gilkey
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 8th Floor
Pittsburgh, PA 15222

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Charles Edward Hauth
5000 Hamot Street
Mc Kean, PA 16426-1451

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

M&t Elt - Pheaa
1200 North 7th Street
Harrisburg, PA 17102-1419

Morgan Drexen
1117 Desert Lane, #592
Las Vegas, NV 89102-2305

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

James A. Prostko
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street
Suite 300
Pittsburgh, PA 15219-4408

Joseph P. Schalk
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

Student Loan Trust
701 East 60th Street
Sioux Falls, SD 57104-0432

THE BANK OF NEW YORK MELLON
Robertson, Anschutz & Schneid
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

Green Point Savings
Po Box 130424
Roseville, MN 55113-0004

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Keystone Rewards
Pob 2461
Harrisburg, PA 17105-2461

McKean Borough
Nancy Dylewski, Collector
4240 Golden Road
Mc Kean, PA 16426-1927

Mortgage Service Center
Attn: Bankruptcy Dept
Po Box 5452
Mt. Laurel, NJ 08054-5452

Penn Credit Corporation
POB 988
Harrisburg, PA 17108-0988

Providian/Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Sunrise Credit Service
234 Airport Plaza Boulevard S
Farmingdale, NY 11735-3938

The Bank of New York Mellon FKA
The Bank of New York Successor Trustee t
c/o Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Mario J. Hanyon
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jeremy J. Kobeski
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219-4408

Brett L. Messinger
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Leslie J. Rase Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976-3400

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

Sunrise Credit Services, Inc.
260 Airport Plaza
Farmingdale, NY 11735-4021

The Bank of New York Mellon Trust Company
Robertson, Anschutz & Schneid
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487-2853

Verizon
P.O. Box 3037
Bloomington, IL 61702-3037

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Financial
Attention: Bankruptcy
Po Box 29704
Phoenix, AZ 85038-9704

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702