**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |  |
|---|---|---|---|
| | : | Bankruptcy No: 12-11738-TPA | |
| Charles Edward Hauth, | : | | |
| *Debtor,* | : | Chapter 13 | |
| | : | | |
| vs. | : | | |
| | : | DOCKET NO.: | |
| | : | | |
| Green Point Savings, AND, | : | | |
| Verizon, | : | | |
| *Movants*, | : | | |
| | : | | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Green Point Savings**
**Incorrect Address:**  **P.O. Box 130424, Roseville, MN 55113-0004**
**Correct Address:**    **807 Manhattan Avenue, Brooklyn, NY 11222**

**Creditor Name:**      **Verizon**
**Incorrect Address:**  **P.O. Box 3037, Bloomington, IL 61702-3037**
**Correct Address:**    **500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225**

Respectfully Submitted,

Date: <u>December 20, 2017</u>          <u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors