Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles Edward Hauth
aka Charlie Hauth, dba Twin Pine Construction**
   Debtor(s)

Bankruptcy Case No.: 12–11738–TPA
Per January 9, 2018 Proceeding
Chapter: 13
Docket No.: 141 – 131, 134
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 7, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒  H.   Additional Terms: 1) The secured claim of the following Creditor shall govern as to prepetition arrears, and the monthly postpetition payments shall be based on allowed payment changes of record: NY Mellon Bank (Claim No. 7).

    2) Debtor taking over long term continuing debt beginning March 2018.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: January 10, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 12-11738-TPA
Charles Edward Hauth                                              Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                  Page 1 of 3                  Date Rcvd: Jan 10, 2018
                              Form ID: 149                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr              ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr             +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid,
                 6409 Congress Avenue,    Suite 100,   Boca Raton, FL 33487-2853
13553867       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13568488       +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13531108       +Aes / M & T,    Pob 2461,    Harrisburg, PA 17105-2461
13531109       +Aes/M&T,   1200 North 7th Street,    Harrisburg, PA 17102-1419
13531110       +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
13558304       +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mt. Laurel, NJ 08054-3410
13531111       +Arrowood Indemnity,    3600 Arco Corporate Drive P O Box 1000,    Charlotte, NC 28201-1000
13531115      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Parkway,    Greensboro, NC 27410)
13531112       +Bac/Fleet Card,    Bank of America,    100 North Tyron Street,    Charolotte, NC 28255-0001
13531113      #+Bank Of America,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
13531118      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                 Kansas City, MO 64195)
13531117       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13531119       +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
13531120       +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    100 Citibank Drive,
                 San Antonio, TX 78245-3202
13531122       +Dmccb/HSBC,    Hsbc Card Services,    Po Box 5246,    Carol Stream, IL 60197-5246
13593225        ECMC,   PO BOX 75906,    ST. PAUL, MN 55175
13531123       +Five Star Bank,    55 North Main Street,    Warsaw, NY 14569-1325
13553322       +Five Star Bank,    2851 Clover Street, Bldg. A,    Pittsford, NY 14534-1711
13531125       +Green Point Savings,    807 Manhattan Avenue,    Brooklyn, NY 11222-2710
13531129       +Keystone Rewards,    Pob 2461,    Harrisburg, PA 17105-2461
13531130       +M&t Elt - Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13531131       +McKean Borough,    Nancy Dylewski, Collector,    4240 Golden Road,    Mc Kean, PA 16426-1927
13531132       +Morgan Drexen,    1117 Desert Lane, #592,    Las Vegas, NV 89102-2305
13531133       +Mortgage Service Center,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt. Laurel, NJ 08054-5452
13531134       +Penn Credit Corporation,    POB 988,   Harrisburg, PA 17108-0988
13531135       +Providian/Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13531136       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13531137       +Student Loan Trust,    701 East 60th Street,    Sioux Falls, SD 57104-0432
13531138       +Sunrise Credit Service,    234 Airport Plaza Boulevard S,    Farmingdale, NY 11735-3938
13564571       +Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-4021
14153589       +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
13776039        The Bank of New York Mellon FKA,    The Bank of New York Successor Trustee t,
                 c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13531140        Verizon,   500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
13531141       +Wells Fargo Financial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13531107       +E-mail/Text: bkr@cardworks.com Jan 11 2018 02:13:01     Advanta Bank,    Welsh and McKean Roads,
                 Po Box 9217,   Old Bethpage, NY 11804-9017
13614859        E-mail/Text: bkr@cardworks.com Jan 11 2018 02:13:01     Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13572339        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2018 02:16:14
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13531116        Fax: 888-777-2057 Jan 11 2018 03:09:17     Cco Mortgage Corp.,    10561 Telegraph Road,
                 Glen Allen, VA 23059
13531121        E-mail/Text: mrdiscen@discover.com Jan 11 2018 02:13:04     Discover Financial Services LLC,
                 Po Box 15316,   Wilmington, DE 19850
13531124       +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2018 02:09:24     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103106,   v,    Roswell, GA 30076-9106
13531127        E-mail/Text: cio.bncmail@irs.gov Jan 11 2018 02:13:07     Internal Revenue Service,
                 Insolvency Unit,   PO Box 7346,    Philadelphia, PA 19101-7346
13881638       +Fax: 407-737-5634 Jan 11 2018 04:19:17     Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 8
```

```
District/off: 0315-1              User: jmar                 Page 2 of 3                  Date Rcvd: Jan 10, 2018
                                  Form ID: 149               Total Noticed: 46
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
md              Norman E. Gilkey
cr              Ocwen Loan Servicing LLC
cr              Ocwen Loan Servicing, LLC
cr              THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMOR
cr              The Bank Of New York Mellon FKA The Bank Of New Yo
cr              The Bank of New York Mellon, et al...
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13531114*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13531139*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Universal/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                   Kansas City, MO 64195)
13531126*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Office of District Counsel,
                   1000 Liberty Center, Suite 601C,    Pittsburgh, PA 15222)
13531128*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 6, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
               JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
               ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
                Successor et al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
               CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
                TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER jschalk@barley.com,   sromig@barley.com
```

```
District/off: 0315-1              User: jmar                  Page 3 of 3                  Date Rcvd: Jan 10, 2018
                                  Form ID: 149                Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Schalk   on behalf of Creditor   Ocwen Loan Servicing, LLC jschalk@barley.com, sromig@barley.com
        Leslie J. Rase, Esq.   on behalf of Creditor   Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
        Mario J. Hanyon   on behalf of Creditor   Ocwen Loan Servicing LLC pawb@fedphe.com
        Mario J. Hanyon   on behalf of Creditor   The Bank of New York Mellon, et al... pawb@fedphe.com
        Norman E. Gilkey   on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Thomas Song   on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New York As Successor et al. pawb@fedphe.com
        Thomas Song   on behalf of Creditor   The Bank of New York Mellon, et al... pawb@fedphe.com

                                                                                               TOTAL: 21