IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 12-11738-TPA |
| | : | |
| Charles Edward Hauth, | : | |
| **Debtor,** | : | |
| | : | Chapter 13 |
| Charles Edward Hauth, | : | |
| **Movant,** | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13, Trustee,** | : | |
| **Respondent.** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 11, 2017, at docket number 125 Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>January 30, 2018</u>                    /s/ Daniel P. Foster, Esquire
                                                Daniel P. Foster
                                                PA I.D. # 92376
                                                Foster Law Offices
                                                PO Box 966
                                                Meadville, PA 16335
                                                Phone: 814.724.1165
                                                Fax: 814.724.1158
                                                Email: dan@mrdebtbuster.com
                                                Attorney for Debtor

**PAWB Local Form 24 (07/13)**