**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Charles Edward Hauth, | : | Bankruptcy No: 12-11738-TPA |
| *Debtor*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Morgan Drexen, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Morgan Drexen**
**Incorrect Address:**  **1117 Desert Lane, #592, Las Vegas, NV 89102-2305**
**Correct Address:**    **675 Anton Boulevard, Costa Mesa, CA 92626**

Respectfully Submitted,

Date: <u>February 2, 2018</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors