**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES EDWARD HAUTH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-11738 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/13/2012 and confirmed on 3/6/13 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,988.00 |
| Less Refunds to Debtor | 215.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,772.94 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,550.00 | |
|     Trustee Fee | 1,960.63 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,510.63 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 29,477.52 | 0.00 | 29,477.52 |
|     Acct: 9376 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9376 | | | | |
|   BANK OF NEW YORK MELLON | 2,248.18 | 2,248.18 | 0.00 | 2,248.18 |
|     Acct: 9376 | | | | |
|   FIVE STAR BANK | 9,355.60 | 9,355.60 | 690.89 | 10,046.49 |
|     Acct: 7972 | | | | |
| | | | | 41,772.19 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 3,550.00 | 3,550.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES EDWARD HAUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES EDWARD HAUTH | 215.06 | 215.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 699.69 | 699.69 | 0.00 | 699.69 |
|     Acct: 1940 | | | | |
|   MCKEAN BOROUGH (EIT) | 51.00 | 51.00 | 0.00 | 51.00 |
|     Acct: 1940 | | | | |
| | | | | 750.69 |
| **Unsecured** | | | | |
|   CCO MORTGAGE-DIV RBS CITIZENS BAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2622 | | | | |
|   ADVANTA BANK CORPORATION | 1,038.16 | 265.81 | 0.00 | 265.81 |
|     Acct: 9666 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0001 | | | | |
|   ECMC(*) | 7,644.20 | 1,957.22 | 0.00 | 1,957.22 |
|     Acct: 1940 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX0002 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9631 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1071 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9111 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3071 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8282 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5608 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1789 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2503 | | | | |
| HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2659 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GREEN POINT CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1053 | | | | |
| KEYSTONE REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| MORTGAGE SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2544 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1061 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3164 | | | | |
| SLC STUDENT LOAN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4020 | | | | |
| ARROWOOD INDEMNITY | 1,742.37 | 446.12 | 0.00 | 446.12 |
| Acct: XXXX5126 | | | | |
| SUNRISE CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1940 | | | | |
| UNIVERSAL CARD SVCS/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5427 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 200.23 | 51.27 | 0.00 | 51.27 |
| Acct: 4557 | | | | |
| WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9001 | | | | |
| INTERNAL REVENUE SERVICE* | 74.26 | 19.01 | 0.00 | 19.01 |
| Acct: 1940 | | | | |
| | | | | 2,739.43 |

TOTAL PAID TO CREDITORS                                                    45,262.31

| TOTAL | |
|---|---|
| CLAIMED | 750.69 |
| PRIORITY | 11,603.78 |
| SECURED | 10,699.22 |

Date: 03/28/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   CHARLES EDWARD HAUTH

        Debtor(s)

   Ronda J. Winnecour

        Movant

        vs.

   No Repondents.

Case No.:12-11738 TPA

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  _____

                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-11738-TPA
Charles Edward Hauth                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 3           Date Rcvd: Mar 29, 2018
                              Form ID: pdf900         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.

```
db          +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451
cr          +BANK OF AMERICA, N.A.,    2380 Performance Dr,   Richardson, TX 75082-4333
cr           ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr          +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid,
              6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
13568488    +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13553867    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13531108    +Aes / M & T,    Pob 2461,    Harrisburg, PA 17105-2461
13531109    +Aes/M&T,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13531110    +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
13558304    +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mt. Laurel, NJ 08054-3410
13531111    +Arrowood Indemnity,    3600 Arco Corporate Drive P O Box 1000,    Charlotte, NC 28201-1000
13531115   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
              4161 Peidmont Parkway,    Greensboro, NC 27410)
13531112    +Bac/Fleet Card,    Bank of America,    100 North Tyron Street,    Charolotte, NC 28255-0001
13531113   #+Bank Of America,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
13531118   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
              Kansas City, MO 64195)
13531117    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13531119    +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13531120    +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    100 Citibank Drive,
              San Antonio, TX 78245-3202
13531122    +Dmccb/HSBC,    Hsbc Card Services,    Po Box 5246,    Carol Stream, IL 60197-5246
13593225     ECMC,    PO BOX 75906,    ST. PAUL, MN 55175
13553322    +Five Star Bank,    2851 Clover Street, Bldg. A,    Pittsford, NY 14534-1711
13531123    +Five Star Bank,    55 North Main Street,    Warsaw, NY 14569-1325
13531125    +Green Point Savings,    807 Manhattan Avenue,    Brooklyn, NY 11222-2710
13531129    +Keystone Rewards,    Pob 2461,    Harrisburg, PA 17105-2461
13531130    +M&t Elt - Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13531131    +McKean Borough,    Nancy Dylewski, Collector,    4240 Golden Road,    Mc Kean, PA 16426-1927
13531132    +Morgan Drexen,    675 Anton Boulevard,    Costa Mesa, CA 92626-7012
13531133    +Mortgage Service Center,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt. Laurel, NJ 08054-5452
13531134    +Penn Credit Corporation,    POB 988,    Harrisburg, PA 17108-0988
13531135    +Providian/Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13531136    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13531137    +Student Loan Trust,    701 East 60th Street,    Sioux Falls, SD 57104-0432
13531138    +Sunrise Credit Service,    234 Airport Plaza Boulevard S,    Farmingdale, NY 11735-3938
13564571    +Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-4021
14153589    +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
              Boca Raton, FL 33487-2853
13776039     The Bank of New York Mellon FKA,    The Bank of New York Successor Trustee t,
              c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13531140     Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
13531141    +Wells Fargo Financial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13531107    +E-mail/Text: bkr@cardworks.com Mar 30 2018 04:07:51     Advanta Bank,    Welsh and McKean Roads,
              Po Box 9217,    Old Bethpage, NY 11804-9017
13614859     E-mail/Text: bkr@cardworks.com Mar 30 2018 04:07:51     Advanta Bank Corporation,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13572339     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:23:10
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13531116     Fax: 888-777-2057 Mar 30 2018 04:22:34     Cco Mortgage Corp.,    10561 Telegraph Road,
              Glen Allen, VA 23059
13531121     E-mail/Text: mrdiscen@discover.com Mar 30 2018 04:07:56     Discover Financial Services LLC,
              Po Box 15316,    Wilmington, DE 19850
13531124    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:14:08     GE Capital Retail Bank,
              Attn: Bankruptcy Department,    P.O. Box 103106,    v,    Roswell, GA 30076-9106
13531127    +E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:08:04     Internal Revenue Service,
              Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
13881638    +Fax: 407-737-5634 Mar 30 2018 05:32:36     Ocwen Loan Servicing, LLC,
              ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
              West Palm Beach, FL 33409-6493
13531140     E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
              Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
13531140     E-mail/PDF: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2018 04:53:08
              Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 10
```

```
District/off: 0315-1               User: gamr                  Page 2 of 3                   Date Rcvd: Mar 29, 2018
                                   Form ID: pdf900             Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
md               Norman E. Gilkey
cr               Ocwen Loan Servicing LLC
cr               Ocwen Loan Servicing, LLC
cr               THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMOR
cr               The Bank Of New York Mellon FKA The Bank Of New Yo
cr               The Bank of New York Mellon, et al...
cr*             +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13531114*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13531139*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Universal/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                   Kansas City, MO 64195)
13531126*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Office of District Counsel,
                   1000 Liberty Center, Suite 601C,    Pittsburgh, PA 15222)
13531128*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTALS: 6, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
               JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
               ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Successor et al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
               CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
               TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER jschalk@barley.com,    sromig@barley.com

```
District/off: 0315-1              User: gamr                 Page 3 of 3                  Date Rcvd: Mar 29, 2018
                                  Form ID: pdf900            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com, sromig@barley.com
         Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
         Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing LLC pawb@fedphe.com
         Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
         Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As Successor et al. pawb@fedphe.com
         Thomas  Song    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
         TOTAL: 21