**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charles Edward Hauth** | Social Security number or ITIN  **xxx–xx–1940** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–11738–TPA**

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Edward Hauth
aka Charlie Hauth, dba Twin Pine Construction

<u>5/17/18</u>

**By the court:**   <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11738-TPA
Charles Edward Hauth                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz                Page 1 of 3           Date Rcvd: May 17, 2018
                              Form ID: 3180W            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db             +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451
cr             +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid,
                 6409 Congress Avenue,    Suite 100,   Boca Raton, FL 33487-2853
13553867       +AES/PHEAA,    PO BOX 8183,   HARRISBURG, PA 17105-8183
13568488       +AES/PHEAA,    Po Box 8147,   Harrisburg, PA 17105-8147
13531108       +Aes / M & T,    Pob 2461,   Harrisburg, PA 17105-2461
13531109       +Aes/M&T,    1200 North 7th Street,   Harrisburg, PA 17102-1419
13531110       +Aes/pheaa,    Pob 2461,   Harrisburg, PA 17105-2461
13558304       +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mt. Laurel, NJ 08054-3410
13531111       +Arrowood Indemnity,    3600 Arco Corporate Drive P O Box 1000,    Charlotte, NC 28201-1000
13531112       +Bac/Fleet Card,    Bank of America,   100 North Tyron Street,    Charolotte, NC 28255-0001
13553322       +Five Star Bank,    2851 Clover Street, Bldg. A,    Pittsford, NY 14534-1711
13531123       +Five Star Bank,    55 North Main Street,    Warsaw, NY 14569-1325
13531125       +Green Point Savings,    807 Manhattan Avenue,    Brooklyn, NY 11222-2710
13531129       +Keystone Rewards,    Pob 2461,   Harrisburg, PA 17105-2461
13531130       +M&t Elt - Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13531131       +McKean Borough,    Nancy Dylewski, Collector,    4240 Golden Road,   Mc Kean, PA 16426-1927
13531132       +Morgan Drexen,    675 Anton Boulevard,   Costa Mesa, CA 92626-7012
13531133       +Mortgage Service Center,    Attn: Bankruptcy Dept,    Po Box 5452,   Mt. Laurel, NJ 08054-5452
13531134       +Penn Credit Corporation,    POB 988,   Harrisburg, PA 17108-0988
13531137       +Student Loan Trust,    701 East 60th Street,    Sioux Falls, SD 57104-0432
13531138       +Sunrise Credit Service,    234 Airport Plaza Boulevard S,    Farmingdale, NY 11735-3938
13564571       +Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-4021
14153589       +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
13776039        The Bank of New York Mellon FKA,    The Bank of New York Successor Trustee t,
                 c/o Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2018 01:55:36      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
cr             +EDI: BANKAMER.COM May 18 2018 05:28:00     BANK OF AMERICA, N.A.,    2380 Performance Dr,
                Richardson, TX 75082-4333
cr              EDI: ECMC.COM May 18 2018 05:28:00      ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
13531107       +EDI: MERRICKBANK.COM May 18 2018 05:28:00     Advanta Bank,    Welsh and McKean Roads,
                Po Box 9217,   Old Bethpage, NY 11804-9017
13614859        EDI: MERRICKBANK.COM May 18 2018 05:28:00     Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13572339        EDI: AIS.COM May 18 2018 05:28:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
13531115        EDI: BANKAMER.COM May 18 2018 05:28:00     Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Parkway,    Greensboro, NC 27410
13531114        EDI: BANKAMER.COM May 18 2018 05:28:00     Bank Of America,    Po Box 982235,
                El Paso, TX 79998
13531113       +EDI: BANKAMER.COM May 18 2018 05:28:00     Bank Of America,
                Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
13531116        Fax: 888-777-2057 May 18 2018 02:31:06      Cco Mortgage Corp.,    10561 Telegraph Road,
                Glen Allen, VA 23059
13531118        EDI: CITICORP.COM May 18 2018 05:28:00     Citi,    CitiCard Credit Services/Centralized Ban,
                Po Box 20507,   Kansas City, MO 64195
13531139        EDI: CITICORP.COM May 18 2018 05:28:00     Universal/citi,    Attn.: Centralized Bankruptcy,
                Po Box 20507,   Kansas City, MO 64195
13531117       +EDI: CHASE.COM May 18 2018 05:28:00     Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13531119       +EDI: CITICORP.COM May 18 2018 05:28:00     Citi,    Po Box 6497,   Sioux Falls, SD 57117-6497
13531120       +EDI: CITICORP.COM May 18 2018 05:28:00     Citibank Usa,
                Citicorp Credit Services/Attn: Centraliz,    100 Citibank Drive,    San Antonio, TX 78245-3202
13531121        EDI: DISCOVER.COM May 18 2018 05:28:00     Discover Financial Services LLC,    Po Box 15316,
                Wilmington, DE 19850
13531122       +EDI: HFC.COM May 18 2018 05:28:00      Dmccb/HSBC,   Hsbc Card Services,    Po Box 5246,
                Carol Stream, IL 60197-5246
13593225        EDI: ECMC.COM May 18 2018 05:28:00      ECMC,   PO BOX 75906,    ST. PAUL, MN  55175
13531124       +EDI: RMSC.COM May 18 2018 05:28:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                P.O. Box 103106,    v,   Roswell, GA 30076-9106
13531127       +EDI: IRS.COM May 18 2018 05:28:00     Internal Revenue Service,    Insolvency Unit,
                PO Box 7346,   Philadelphia, PA 19101-7346
13881638       +Fax: 407-737-5634 May 18 2018 02:31:06      Ocwen Loan Servicing, LLC,
                ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
13531135       +EDI: CHASE.COM May 18 2018 05:28:00     Providian/Chase,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
13531136       +EDI: SEARS.COM May 18 2018 05:28:00     Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13531140        EDI: VERIZONCOMB.COM May 18 2018 05:28:00     Verizon,    500 Technology Drive, Suite 300,
                Saint Charles, MO  63304-2225
```

```
District/off: 0315-1                  User: amaz                    Page 2 of 3                    Date Rcvd: May 17, 2018
                                      Form ID: 3180W                Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13531141        +EDI: WFFC.COM May 18 2018 05:28:00       Wells Fargo Financial,    Attention: Bankruptcy,
                  Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                                TOTAL: 25

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
md              Norman E. Gilkey
cr              Ocwen Loan Servicing LLC
cr              Ocwen Loan Servicing, LLC
cr              THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMOR
cr              The Bank Of New York Mellon FKA The Bank Of New Yo
cr              The Bank of New York Mellon, et al...
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13531126*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Office of District Counsel,
                  1000 Liberty Center, Suite 601C,    Pittsburgh, PA 15222)
13531128*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 6, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               andygornall@latouflawfirm.com
              Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
               JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
               ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Successor et al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
               CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
               TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER jschalk@barley.com,   sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing LLC pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
```

```
District/off: 0315-1           User: amaz                  Page 3 of 3                  Date Rcvd: May 17, 2018
                               Form ID: 3180W              Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As Successor et al. pawb@fedphe.com
        Thomas   Song    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com

                                                                                           TOTAL: 21