FILED
5/17/18 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHARLES EDWARD HAUTH

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-11738 TPA

Chapter 13

Document No.: 148

ORDER OF COURT

   AND NOW, this \_\_\_\_17th\_\_\_\_ day of \_\_\_\_\_May\_\_\_\_\_, 2018\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*[signature]*

U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-11738-TPA
Charles Edward Hauth                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: amaz              Page 1 of 3              Date Rcvd: May 17, 2018
                            Form ID: pdf900         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db           +Charles Edward Hauth,    5000 Hamot Street,    Mc Kean, PA 16426-1451
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr            ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr           +The Bank of New York Mellon Trust Company,     Robertson, Anschutz & Schneid,
               6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
13553867     +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13568488     +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
13531108     +Aes / M & T,    Pob 2461,    Harrisburg, PA 17105-2461
13531109     +Aes/M&T,   1200 North 7th Street,    Harrisburg, PA 17102-1419
13531110     +Aes/pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
13558304     +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mt. Laurel, NJ 08054-3410
13531111     +Arrowood Indemnity,    3600 Arco Corporate Drive P O Box 1000,    Charlotte, NC 28201-1000
13531115    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Attention: Recovery Department,
               4161 Peidmont Parkway,    Greensboro, NC 27410)
13531112     +Bac/Fleet Card,    Bank of America,    100 North Tyron Street,    Charolotte, NC 28255-0001
13531118    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,     Po Box 20507,
               Kansas City, MO 64195)
13531117     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13531119     +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
13531120     +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,     100 Citibank Drive,
               San Antonio, TX 78245-3202
13531122     +Dmccb/HSBC,    Hsbc Card Services,    Po Box 5246,    Carol Stream, IL 60197-5246
13593225      ECMC,   PO BOX 75906,    ST. PAUL, MN 55175
13553322     +Five Star Bank,    2851 Clover Street, Bldg. A,    Pittsford, NY 14534-1711
13531123     +Five Star Bank,    55 North Main Street,    Warsaw, NY 14569-1325
13531125     +Green Point Savings,    807 Manhattan Avenue,    Brooklyn, NY 11222-2710
13531129     +Keystone Rewards,    Pob 2461,    Harrisburg, PA 17105-2461
13531130     +M&t Elt - Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13531131     +McKean Borough,    Nancy Dylewski, Collector,    4240 Golden Road,    Mc Kean, PA 16426-1927
13531132     +Morgan Drexen,    675 Anton Boulevard,    Costa Mesa, CA 92626-7012
13531133     +Mortgage Service Center,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt. Laurel, NJ 08054-5452
13531134     +Penn Credit Corporation,    POB 988,    Harrisburg, PA 17108-0988
13531135     +Providian/Chase,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13531136     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13531137     +Student Loan Trust,    701 East 60th Street,    Sioux Falls, SD 57104-0432
13531138     +Sunrise Credit Service,    234 Airport Plaza Boulevard S,    Farmingdale, NY 11735-3938
13564571     +Sunrise Credit Services, Inc.,     260 Airport Plaza,    Farmingdale, NY 11735-4021
14153589     +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
               Boca Raton, FL 33487-2853
13776039      The Bank of New York Mellon FKA,     The Bank of New York Successor Trustee t,
               c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13531141     +Wells Fargo Financial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13531107     +E-mail/Text: bkr@cardworks.com May 18 2018 01:55:06      Advanta Bank,    Welsh and McKean Roads,
               Po Box 9217,    Old Bethpage, NY 11804-9017
13614859      E-mail/Text: bkr@cardworks.com May 18 2018 01:55:06      Advanta Bank Corporation,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13572339      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2018 02:01:14
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK   73124-8838
13531116      Fax: 888-777-2057 May 18 2018 02:31:06      Cco Mortgage Corp.,    10561 Telegraph Road,
               Glen Allen, VA 23059
13531121      E-mail/Text: mrdiscen@discover.com May 18 2018 01:55:13      Discover Financial Services LLC,
               Po Box 15316,    Wilmington, DE 19850
13531124     +E-mail/PDF: gecsedi@recoverycorp.com May 18 2018 02:00:59      GE Capital Retail Bank,
               Attn: Bankruptcy Department,    P.O. Box 103106,    v,    Roswell, GA 30076-9106
13531127      E-mail/Text: cio.bncmail@irs.gov May 18 2018 01:55:19      Internal Revenue Service,
               Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
13881638     +Fax: 407-737-5634 May 18 2018 02:31:06      Ocwen Loan Servicing, LLC,
               ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
13531140      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 18 2018 01:55:09
               Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO   63304-2225
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
md            Norman E. Gilkey
cr            Ocwen Loan Servicing LLC
cr            Ocwen Loan Servicing, LLC
cr            THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMOR
cr            The Bank Of New York Mellon FKA The Bank Of New Yo
```

```
District/off: 0315-1           User: amaz                  Page 2 of 3                  Date Rcvd: May 17, 2018
                               Form ID: pdf900             Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****
cr              The Bank of New York Mellon, et al...
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13531114*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13531139*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Universal/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
13531126*     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Office of District Counsel,
                 1000 Liberty Center, Suite 601C,    Pittsburgh, PA 15222)
13531128*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13531113      ##+Bank Of America,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
                                                                                              TOTALS: 6, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               andygornall@latouflawfirm.com
              Brett L. Messinger    on behalf of Creditor    Ocwen Loan Servicing LLC blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Brett L. Messinger    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO
               JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS
               ALT-A TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER blmessinger@duanemorris.com,
               LMTryon@duanemorris.com
              Daniel P. Foster    on behalf of Debtor Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Charles Edward Hauth dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               As Successor et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Successor et al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JPMORGAN
               CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A
               TRUST 2005-5, MORTGAGE PASS-THROUGH CERTIFICATES, SER jschalk@barley.com,  sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Mario J. Hanyon    on behalf of Creditor    Ocwen Loan Servicing LLC pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com
              Norman E. Gilkey    on behalf of Mediator Norman E. Gilkey ngilkey@bccz.com
```

```
District/off: 0315-1          User: amaz              Page 3 of 3               Date Rcvd: May 17, 2018
                              Form ID: pdf900         Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As Successor et al. pawb@fedphe.com
          Thomas Song    on behalf of Creditor    The Bank of New York Mellon, et al... pawb@fedphe.com

                                                                                                TOTAL: 21